# EXHIBIT A

| IP | Organization | Date/Time (UTC) |
|---|---|---|
| 108.0.156.39 | Verizon Online | 2011-03-18 08:42:14 PM |
| 173.51.228.166 | Verizon Online | 2011-04-07 06:16:33 AM |
| 24.23.198.148 | Comcast Cable | 2011-03-21 06:35:00 PM |
| 24.24.144.42 | Road Runner | 2011-03-11 05:50:08 PM |
| 24.4.112.251 | Comcast Cable | 2011-03-18 08:27:13 PM |
| 24.5.109.203 | Comcast Cable | 2011-03-11 09:04:05 AM |
| 24.5.139.177 | Comcast Cable | 2011-03-30 03:30:35 AM |
| 66.214.116.104 | Charter Communications | 2011-03-24 10:34:13 PM |
| 66.214.53.207 | Charter Communications | 2011-03-19 06:52:32 AM |
| 66.75.66.87 | Road Runner | 2011-03-11 05:50:38 PM |
| 66.91.241.188 | Road Runner | 2011-03-29 10:18:00 PM |
| 67.114.9.221 | AT&T Internet Services | 2011-04-08 01:46:39 AM |
| 67.182.121.93 | Comcast Cable | 2011-03-19 12:36:43 PM |
| 67.182.32.147 | Comcast Cable | 2011-03-28 06:29:15 PM |
| 68.105.81.10 | Cox Communications | 2011-03-21 08:49:01 PM |
| 68.127.126.208 | AT&T Internet Services | 2011-04-06 12:37:32 PM |
| 68.8.243.66 | Cox Communications | 2011-04-12 02:42:55 PM |
| 71.130.26.9 | AT&T Internet Services | 2011-03-14 02:41:07 AM |
| 71.177.197.226 | Verizon Online | 2011-03-27 06:34:27 AM |
| 71.193.46.187 | Comcast Cable | 2011-03-21 08:49:01 PM |
| 71.195.109.242 | Comcast Cable | 2011-03-12 01:08:58 AM |
| 71.195.112.19 | Comcast Cable | 2011-03-13 04:24:42 AM |
| 71.202.130.203 | Comcast Cable | 2011-03-29 09:32:58 PM |
| 71.202.157.217 | Comcast Cable | 2011-04-08 01:46:08 AM |
| 71.84.51.119 | Charter Communications | 2011-03-18 01:46:29 PM |
| 72.197.112.27 | Cox Communications | 2011-03-21 06:33:30 PM |
| 72.220.108.249 | Cox Communications | 2011-04-08 05:41:46 AM |
| 72.220.40.2 | Cox Communications | 2011-04-06 03:57:16 AM |
| 72.67.86.56 | Verizon Online | 2011-04-12 03:58:56 PM |
| 75.33.209.202 | AT&T Internet Services | 2011-04-12 06:39:04 PM |
| 75.36.147.255 | AT&T Internet Services | 2011-03-19 06:31:01 AM |
| 75.83.218.145 | Road Runner | 2011-03-19 04:01:27 AM |
| 76.167.56.91 | Road Runner | 2011-03-30 02:34:34 AM |
| 76.170.117.201 | Road Runner | 2011-03-21 06:48:01 PM |
| 76.170.155.189 | Road Runner | 2011-03-25 12:58:48 AM |
| 76.170.198.235 | Road Runner | 2011-03-18 08:26:43 PM |
| 76.171.164.99 | Road Runner | 2011-03-11 09:04:06 AM |
| 76.172.227.59 | Road Runner | 2011-03-24 11:26:14 PM |
| 76.174.39.19 | Road Runner | 2011-04-07 06:31:33 AM |
| 76.235.16.48 | AT&T Internet Services | 2011-03-19 07:06:54 PM |
| 76.93.59.230 | Road Runner | 2011-04-08 01:52:34 PM |
| 96.41.33.230 | Charter Communications | 2011-03-18 01:54:07 AM |
| 97.90.193.86 | Charter Communications | 2011-03-26 09:00:10 PM |
| 98.149.55.54 | Road Runner | 2011-03-21 06:33:30 PM |
| 98.151.141.202 | Road Runner | 2011-03-22 06:09:19 PM |
| 98.154.153.52 | Road Runner | 2011-04-13 04:04:57 AM |
| 98.208.18.243 | Comcast Cable | 2011-03-21 06:33:30 PM |
| 98.253.89.234 | Comcast Cable | 2011-03-28 10:46:47 PM |
| 99.60.2.202 | AT&T Internet Services | 2011-04-06 03:02:58 PM |