Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MCGIP, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOES 1-49,<br><br>　　　　Defendants. | No. C-11-01801 JF<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On June 28, 2011, Plaintiff filed an Motion for Administrative Relief for Leave to Continue the Initial CMC, which was originally scheduled by the Court at the commencement of this action. In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that to account for reasonable delays in identifying Doe Defendants, the case management currently scheduled for July 22, 2011, is continued to **Friday, December 2, 2011, at 10:30 a.m. on the 5th Floor in Courtroom 3 of the San Jose Federal Court.**

DATED: 7/5/11

_____
United States District Court Judge
Jeremy Fogel